# United States Court of Appeals
## For the First Circuit

No. 23-1305

UNITED STATES EX REL. MARTIN FLANAGAN,

Plaintiff, Appellant,

v.

FRESENIUS MEDICAL CARE HOLDINGS, INC., d/b/a Fresenius Medical
Care North America,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on June 27, 2025, is amended
as follows:

On page 28, line 11, replace "the government" with "Fresenius"